```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | | |
|---|---|---|
| KIMBERLY MARIE BOWSER, | ◊ | |
| | ◊ | |
| Plaintiff, | ◊ | |
| | ◊ | |
| v. | ◊ | No. 12-2780-JPM-dkv |
| | ◊ | |
| VALENTI MID-SOUTH MANAGEMENT, LLC, | ◊ | |
| | ◊ | |
| Defendant. | ◊ | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order of January 22, 2013 (ECF No. 6), this case is DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

January 22, 2013
Date